COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Frank McKenney and Ongage Drilling Systems, L.L.C.

Appellate case number:    01-14-00600-CV

Trial court case number:  2014-40091

Trial court:              215th District Court of Harris County

Relators OnGage Drilling Systems, L.L.C. and Frank McKenney have filed a petition for writ of mandamus seeking relief from the trial court's July 14, 2014 order granting Plaintiffs' Emergency Motion for Expedited Discovery. Relators have filed an Emergency Motion for Temporary Relief Pursuant to Rule 52.10, requesting that we stay the trial court's order pending resolution of their petition.

Relators' motion is granted IN PART and denied IN PART. We STAY the following portion of the July 14, 2014 order:

"It is further ORDERED that Defendants produce the following devices by end of business on July 15, 2014 to a neutral forensic computer expert, to be agreed upon by the parties:

1. Former-Employee Defendants' electronic storage devices that were connected to an INROCK computer between January 1, 2013 and July 14, 2014 or that contained INROCK data; and

2. Former-Employee Defendants' personal and business computers used since January 1, 2013 to which the storage devices were attached."

*See* TEX. R. APP. P. 52.10.

The stay is in place pending further order of this Court, but the stay does not prohibit Plaintiffs from seeking electronic discovery, provided that the Defendants are afforded the protections required by the Texas Rules of Civil Procedure, *In re Weekley Homes, L.P.*, 295 S.W.3d 309, 321–22 (Tex. 2009), and any other applicable law. All relief not expressly granted herein is DENIED.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle _____
            ☑ Acting individually     ☐ Acting for the Court

Date: July 21, 2014